

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2020

No. 04-20-00500-CV

**IN RE SAN MIGUEL ELECTRIC COOPERATIVE, INC.** et al.

Original Mandamus Proceeding[1]

Sitting: Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

On October 9, 2020, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than November 9, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-08-0777-CVA, styled *San Miguel Electric Cooperative, Inc. v. A.M. Peeler Ranch, LLC, et al.*, pending in the 218th Judicial District Court, Atascosa County, Texas. The Honorable Russell Wilson signed the order at issue in this original proceeding.